# Court of Appeals
# of the State of Georgia

ATLANTA,  January 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1047. JAMES EARL ROBERTS, JR. v. THE STATE.**

In 2008, James Earl Roberts, Jr., pleaded guilty to multiple counts of child molestation and aggravated child molestation. Since then, Roberts has filed numerous pro se motions and appeals.[1] On September 4, 2018, the trial court disposed of all of Roberts's then-pending motions, including a motion to correct a void sentence. Roberts thereafter filed a motion for clarification, and the trial court denied the motion for clarification, reiterating that the motion to correct a void sentence was denied. Roberts then filed both an application for discretionary review, which was denied, see Case No. A19D0140 (Nov. 6, 2018), and this direct appeal.

Because this Court has already denied Roberts's application seeking discretionary review of the trial court's order on his motion for clarification, he is barred from seeking further appellate review of that order. See *Elrod v. Sunflower Meadows Dev., LLC*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013) ("[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the

---

[1] See, e.g., Case No. A18A1835 (dismissed Aug. 22, 2018).

application is res judicata with respect to the substance of the requested review."); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/18/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*